**96–1433. Cleveland Bar Assn. v. Rea.**

This cause came on for further consideration upon the filing on July 17, 1998, by the Clients' Security Fund of a motion for order to show cause why respondent should not be found in contempt for failure to comply with this court's order of March 26, 1997. Upon consideration thereof,

IT IS ORDERED by this court, *sua sponte*, that Rebecca Anne Rea, Attorney Registration No. 0037283, last known address in Canton, Ohio, is found in contempt for failure to comply with this court's order of March 26, 1997. It is further ordered that this cause be referred to the Office of the Attorney General for collection.

**96–1466. Cleveland Bar Assn. v. Droe.**

This cause came on for further consideration upon the filing on July 17, 1998, by the Clients' Security Fund of a motion for order to show cause why respondent should not be found in contempt for failure to comply with this court's order of November 13, 1996. Upon consideration thereof,

IT IS ORDERED by this court, *sua sponte*, that William G. Droe, Attorney Registration No. 0040993, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of November 13, 1996. It is further ordered that this cause be referred to the Office of the Attorney General for collection.

**96–1966. Cincinnati Bar Assn. v. Hatfield.**

This cause came on for further consideration upon the filing on July 17, 1998, by the Clients' Security Fund of a motion for order to show cause why respondent should not be found in contempt for failure to comply with this court's order of January 15, 1997. Upon consideration thereof,

IT IS ORDERED by this court, *sua sponte*, that William Jack Hatfield, Attorney Registration No. 0037989, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of January 15, 1997. It is further ordered that this cause be referred to the Office of the Attorney General for collection.

**96–2428. Akron Bar Assn. v. Snyder.**

This cause came on for further consideration upon the filing on July 27, 1998, by the Clients' Security Fund of a motion for order to show cause why respondent should not be found in contempt for failure to comply with this court's order of March 26, 1997. Upon consideration thereof,

IT IS ORDERED by this court, *sua sponte*, that Scott W. Snyder, Attorney Registration No. 0030089, last known address in Akron, Ohio, is found in contempt for failure to comply with this court's order of March 26, 1997. It is further ordered that this cause be referred to the Office of the Attorney General for collection.

**96–2480. Disciplinary Counsel v. Gatwood.**

This cause came on for further consideration upon the filing on July 17, 1998, by the Clients' Security Fund of a motion for order to show cause why respondent should not be found in contempt for failure to comply with this court's order of April 30, 1997. Upon consideration thereof,

IT IS ORDERED by this court, *sua sponte*, that David Warren Gatwood, Attorney Registration No. 0011513, last known address in Sylvania, Ohio, is found in contempt for failure to comply with this court's order of April 30, 1997. It is further ordered that this cause be referred to the Office of the Attorney General for collection.

# MISCELLANEOUS DISMISSALS

**98–449. State ex rel. LTV Steel Co. v. Conrad.**

In Mandamus and Procedendo. This cause originated in this court on the filing of a complaint for writs of mandamus and procedendo. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.